# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** MA | **Category No.** II | **Investigating Agency** HSI |
| **City** Orleans | **Related Case Information:** | |
| **County** Barnstable | Superseding Ind./ Inf. \_\_\_ Case No. \_\_\_ | |
| | Same Defendant \_\_\_ New Defendant \_\_\_ | |
| | Magistrate Judge Case Number: 24-mj-7278-JCB | |
| | Search Warrant Case Number: 24-mj-7280-JCB; 24-mj-7283-JCB | |
| | R 20/R 40 from District of \_\_\_ | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number \_\_\_  ☐ Yes  ☑ No

Defendant Name: Anthony Argo    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: 

Birth date (Yr only): 1990  SSN (last 4#): 0409  Sex: M  Race: W  Nationality: 

Defense Counsel if known: \_\_\_  Address: \_\_\_

Bar Number: \_\_\_

**U.S. Attorney Information**

AUSA: Lauren Maynard    Bar Number if applicable: 698742

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: \_\_\_

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** July 9, 2024

☑ Already in Federal Custody as of July 9, 2024 in \_\_\_ .
☐ Already in State Custody at \_\_\_  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: \_\_\_ on \_\_\_

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty \_\_\_  ☐ Misdemeanor \_\_\_  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/9/2024   Signature of AUSA: /s/ Lauren Maynard

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anthony Argo

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(5)(B) | Possessing child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013